EDWARD P. DONNELL
V.
JOHN B. MCDONALD.

*Negotiable Instruments — Note — Consideration — Agency—Practice— Sec. 33, Chap. 110, R. S.*

In an action on a promissory note, this court holds, the declaration having formally notified defendant that he was charged with having executed the same, that he could only deny such execution in case he filed an affidavit in compliance with Sec. 33, Chap. 110, R. S.

[Opinion filed June 30, 1890.]

APPEAL from the Circuit Court of Cook County; the Hon. RICHARD S. TUTHILL, Judge, presiding.

Messrs. G. W. & J. T. KRETZINGER, for appellant.

Messrs. DUPEE, JUDAH & WILLARD, for appellee.

GARNETT, J.   This was a suit on a promissory note, signed
"E. P. Donnell Mfg. Co., E. P. Donnell, proprietor." The
declaration averred that the defendant (E. P. Donnell) made
the note in question by the name, style and description of
"E. P. Donnell Mfg. Co., E. P. Donnell, proprietor."
Defendant filed the general issue and an affidavit, stating in
the latter that the note was obtained by one Clark from
defendant's bookkeeper by fraud and misrepresentation, that
no consideration was paid for the same, and that it was obtained
without appellant's knowledge.   On the trial the note was
read in evidence without objection by the defendant, and no
proof was offered by him to sustain the charge set forth in
the affidavit.

The affidavit does not deny the agent's authority to execute
the note, and to deal with Clark in the transaction referred to,
nor does it say that the action of the bookkeeper was without
the defendant's knowledge.   Everything that is said is consist
ent with full authority in the bookkeeper.   If the maker of a
note adopts such a signature as that found subscribed to the
note in question, no good reason can be given why he should
not be held to a personal liability.   The declaration formally
notified the defendant that he was charged with having individ-
ually executed the note, and having that notice he could only
deny the execution in case he filed an affidavit in compliance
with Sec. 33, Chap. 110, R. S.; Davis v. Cleghorn, 25 Ill. 212.

The judgment is affirmed.          *Judgment affirmed.*